IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR CLARK, JR., #232 178, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-319-WHA |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| ARTHUR CLARK, JR., #232 178, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-320-WHA |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 21, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 20) is ADOPTED;

2. The claims against the State of Alabama are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(i); and

3. This case is referred to the Magistrate Judge for further proceedings.

DONE, this 12th day of October 2016.

      /s/  W. Harold Albritton  
SENIOR UNITED STATES DISTRICT JUDGE