IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR CLARK, JR. #232178, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:16-cv-319-ECM |
| | ) | |
| MR. LIGON, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| ARTHUR CLARK, JR. #232178, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:16-cv-320-ECM |
| | ) | |
| MR. MICHAEL L. HOLCEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM OPINION and ORDER**

On August 1, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 51). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Defendants' motion for summary judgment (doc. 32) is GRANTED;

3. this case is DISMISSED with prejudice; and

4. no costs are taxed.

A separate Final Judgment will be entered.

Done this the 16th day of September, 2019.

                                  /s/Emily C. Marks
                            EMILY C. MARKS
                            CHIEF UNITED STATES DISTRICT JUDGE